# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TURNER, | 1:08-cv-00789-SMS-PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR SCREENING ORDER |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| H. RODRIGUEZ, et al., | |
| Defendants. | |

This is a civil action filed by plaintiff Nathan Turner ("plaintiff"), a state prisoner proceeding pro se. This action was initiated by civil complaint filed by plaintiff in the Fresno County Superior Court on August 21, 2007 (Case #07CECG02773MWS). On June 2, 2008, defendant Rodriguez ("defendant") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(b). (Doc. 1.) In the Notice of Removal, counsel for defendant indicates that defendant received a copy of the complaint on May 8, 2008. Along with the Notice of Removal, defendant filed a request for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A and grant defendant an extension of time in which to file a responsive pleading. Plaintiff has not filed a response in opposition to defendant's requests.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

1  Plaintiff's complaint alleges that on or about January 8, 2006, defendants were negligent in their
2  duties when defendant Rodriguez assaulted plaintiff, causing serious injuries.  Because defendants
3  were employed at a state prison by the California Department of Corrections and Rehabilitation, a
4  California state entity, when the alleged events occurred, the court is required to screen the
5  complaint.  Therefore, defendant's motion for the court to screen the complaint shall be granted.  In
6  addition, good cause appearing, the motion for extension of time shall also be granted.

7       Based on the foregoing, IT IS HEREBY ORDERED that:

8       1.  Defendant Rodriguez' motion for the court to screen the complaint is GRANTED,
9            and the court shall issue a screening order in due time; and

10      2.  Defendant Rodriguez is GRANTED an extension of time until thirty days from the
11           date of service of the court's screening order in which to file a response to the
12           complaint.

13 IT IS SO ORDERED.

14 **Dated:   July 3, 2008**                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE