# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KEVIN TURNER,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>H. RODRIGUEZ, and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. 1:08cv789-IEG(CAB)<br><br>Order Adopting Report and Recommendation and Granting Motion to Remand [Doc. No. 7] |

On August 21, 2007, Plaintiff Nathan Kevin Turner filed a complaint in the Fresno County Superior Court alleging personal injuries resulting from Defendant's negligence, including the use of unnecessary and unjustified force against him. On June 2, 2008, Defendant filed a notice of removal of the action pursuant to 28 U.S.C. § 1441(b), asserting Plaintiff's claims arise under federal law.

On July 29, 2008, Plaintiff filed a "Petition for Notice of Exhaustion of Administrative Remedy(s) in State (Venue)," asking the Court to remand the case back to state court. Defendant filed no response to this motion.

On November 21, 2008, Magistrate Judge Sandra Snyder filed a report and recommendation, in which she recommended the Court grant Plaintiff's motion to remand. Magistrate Judge Snyder found that although Plaintiff's complaint includes language reciting elements of an Eighth Amendment excessive force claim, Plaintiff neither relies upon the Eighth

1 Amendment nor specifically alleges a cause of action under 42 U.S.C. § 1983. Instead, Magistrate
2 Judge Snyder found Plaintiff's complaint alleges a state negligence claim not arising under federal
3 law such that the federal court lacks subject matter jurisdiction.
4     No party has filed any objection to the report and recommendation. Upon review, the
5 Court finds the report and recommendation to be well-reasoned and adopts it in full. The Court
6 GRANTS Plaintiff's motion to remand [Doc. No. 7], terminating this case.
7     **IT IS SO ORDERED**.
8 **DATED:  January 5, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**
**Southern District of California**